TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
PETER E. SCHNAITMAN - STATE BAR NO. 218982
AGGIE B. LEE - STATE BAR NO. 228332
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017-2475
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants
PFIZER INC., PHARMACIA
CORPORATION, and MONSANTO
COMPANY (the Monsanto Company
now known as Pharmacia Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C-06-0120 CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This Document relates to:<br><br>SHARON LEHR, Individually and on Behalf of the Estate of Dorothy Schwartz Case No. 06-0120 | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-0120 CRB, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff SHARON LEHR, individually and on behalf of the Estate of Dorothy Schwartz, originally filed in the Northern District of California, Case Number 06-0120, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00171 / 578435 / 1 /

1  prejudice. The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's
2  claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their
3  own costs.

4  DATED: September 21, 2006          TUCKER ELLIS & WEST LLP

7  By:  /s/ Peter E. Schnaitman
     Michael C. Zellers
     Michael.zellers@tuckerellis.com
     Peter E. Schnaitman
     Peter.schnaitman@tuckerellis.com
     Aggie B. Lee
     Aggie.lee@tuckerellis.com
     1000 Wilshire Blvd., Suite 1800
     Los Angeles, CA 90017
     Telephone: (213) 430-3400
     Facsimile: (213) 430-3409

     Attorneys for Defendants
     PFIZER INC., PHARMACIA
     CORPORATION, and
     MONSANTO COMPANY (the
     Monsanto Company now known
     as Pharmacia Corporation)

16 DATED: September 20, 2006          ALEXANDER, HAWES & AUDET LLP

19 By:  /s/ Adel A. Nadji
     William M. Audet
     Joshua C. Ezrin
     221 Main Street, Suite 1460
     San Francisco, CA 94105
     Telephone: (415) 982-1776
     Facsimile: (415) 576-1776

     Michael E. Schmidt
     THE SCHMIDT FIRM
     2911 Turtle Creek Blvd.,
     Suite 1400
     Dallas, TX 75219
     Telephone: (214) 521-4898
     Facsimile: (214) 521-9995

     Attorneys for Plaintiff
     Sharon Lehr

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

LAimanage / 28762 / 00171 / 578435 / 1 /

2.
STIPULATION AND ORDER OF DISMISSAL

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 | Dated: September 22, 2006

4 | HONORABLE CHARLES R. BREYER



TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

3.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00171 / 578435 / 1 /